**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 2:18-cr-00252-JCM-VCF |
| NICHOLAS GARROTT, | **ORDER** |
| Defendant. | |

Before the court is Defendant Nicholas Garrott's Motion to Suppress Any and All Evidence Obtained by Warrantless Search of the Black Cadillac Bearing License Number KHD9643 (ECF NO. 43).

Accordingly,

IT IS HEREBY ORDERED that an evidentiary hearing on the Defendant Nicholas Garrott's Motion to Suppress Any and All Evidence Obtained by Warrantless Search of the Black Cadillac Bearing License Number KHD9643 (ECF NO. 43) is scheduled for 1:00 PM, February 11, 2019, in Courtroom 3D.

DATED this 25th day of January, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE