# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:18-cr-00252-JCM-VCF |
| vs. | **ORDER** |
| NICHOLAS GARROTT, | |
| Defendant. | |

Before the Court is the Motion to Withdraw as Counsel for Defendant (ECF No. 70).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Counsel for Defendant (ECF No. 70) is scheduled for 3:00 PM, July 29, 2019, in Courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 25th day of July, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE