**CLARK HILL PLC**
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@clarkhill.com
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 862-8300
Facsímile: (702)862-8400
Attorney for Defendant, NICHOLAS GARROTT

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS GARROTT,<br><br>Defendants. | CASE NO. 2:18-cr-00252-JCM-VCF-2 |

### STIPULATION AND ORDER TO CONTINUE SENTENCING (SECOND REQUEST)

**IT IS HEREBY STIPULATED** by and between Nicholas Garrott, Defendant, by and through his counsel, Paola M. Armeni, Esq., of the law firm of Clark Hill PLC and the Plaintiff, United States of America, by and through Nicholas Trutanich, United States Attorney, and Robert Knief, Assistant United States Attorney, that the Sentencing in the above-captioned matter, currently scheduled for July 20, 2020, at the hour of 10:00 a.m. be vacated. The Parties respectfully request the hearing to be continued to July 24, 2020, at 10:00 a.m. or to a date and time more convenient to the Court.

This Stipulation is entered into for the following reasons:

1. Upon the Stipulation and Order to Continue Sentencing (Fist Request) [DKT 95], the Court set the above-captioned matter for sentencing on July 2020.

2. Ms. Armeni will be out of the jurisdiction on July 20, 2020 and therefore, the parties agree to move the sentencing to later in the week to July 24, 2020.

3. Ms. Armeni needs a short continuance of the current sentencing hearing so she can be present at the sentencing hearing on behalf of Mr. Garrott.

1    4. Defendants Mr. Nicholas Garrott, has appeared in this case, and is in custody and, along with the government, agrees to this short continuance.

5. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

6. Federal Rule of Criminal Procedure 32(b)(2) permits this Court to continue a sentencing hearing for good cause.  Good cause exists in this case.

7. For all the above-stated reasons, the ends of justice would be best served by a short continuance of the sentencing hearing.

8. This is the second request for a continuance of the sentencing hearing.

| | |
|---|---|
| NICHOLAS TRUTANICH<br>UNITED STATES ATTORNEY<br>DISTRICT OF NEVADA | CLARK HILL PLC |
| DATED this 8th day of May 2020. | DATED this 7th day of May, 2020. |
| /s/ Robert Knief<br>Robert Knief<br>Assistant United States Attorney<br>Attorneys for Plaintiff,<br>UNITED STATES OF AMERICA | /s/Paola M. Armeni<br>PAOLA M. ARMENI<br>Attorney for Defendant,<br>NICHOLAS GARROTT |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>NICHOLAS GARROTT,<br><br>             Defendants. | CASE NO. 2:18-cr-00252-JCM-VCF-2 |

**FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

**CONCLUSIONS OF LAW**

Based on the fact that counsel has agreed to a continuance, the Court hereby concludes that:

1. Upon the Stipulation and Order to Continue Sentencing (Fist Request) [DKT 95], the Court set the above-captioned matter for sentencing on July 2020.

2. Ms. Armeni will be out of the jurisdiction on July 20, 2020 and therefore, the parties agree to move the sentencing to later in the week to July 24, 2020.

3. Ms. Armeni needs a short continuance of the current sentencing hearing so she can be present at the sentencing hearing on behalf of Mr. Garrott.

4. Defendants Mr. Nicholas Garrott, has appeared in this case, and is in custody and, along with the government, agrees to this short continuance.

5. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

6. Federal Rule of Criminal Procedure 32(b)(2) permits this Court to continue a sentencing hearing for good cause.  Good cause exists in this case.

…

…

7. For all the above-stated reasons, the ends of justice would be best served by a short continuance of the sentencing hearing.

This is the second request for a continuance of the sentencing hearing

### ORDER

**IT IS HEREBY ORDERED** that the sentencing hearing in this matter scheduled for July 20, 2020, at the hour of 10:00 a.m. is hereby vacated and continued to the <u>24th</u> day of _____<u>July</u>_____, 2020, at the hour of <u>10:00 a.m.</u>, in Courtroom 6A.

**DATED** May 11, 2020.

_____
**JAMES C. MAHAN**
**UNITED STATES DISTRICT COURT JUDGE**
**CASE NO.:  2:18-cr-00252-JCM-VCF-2**