**CLARK HILL PLC**
PAOLA M. ARMENI
Nevada Bar No. 8357
Email:  parmeni@clarkhill.com
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone:  (702) 862-8300
Facsímile:   (702)862-8400
Attorney for Defendant, NICHOLAS GARROTT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>NICHOLAS GARROTT,<br><br>　　　　　　　Defendant. | CASE NO. 2:18-cr-00252-JCM-VCF-2 |

**STIPULATION AND ORDER TO CONTINUE SENTENCING (THIRD REQUEST)**

**IT IS HEREBY STIPULATED** by and between Nicholas Garrott, Defendant, by and through his counsel, Paola M. Armeni, Esq., of the law firm of Clark Hill PLC and the Plaintiff, United States of America, by and through Nicholas Trutanich, United States Attorney, and Shaheen P. Torgoley**,** Assistant United States Attorney, that the Sentencing in the above-captioned matter, currently scheduled for October 23, 2020, at the hour of 10:00 a.m. be vacated and set to a date and time convenient to the Court but not earlier than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The parties need additional time to prepare for sentencing.  Mr. Torgoley has replaced the original-assigned AUSA and will be handling the sentencing.

ClarkHill\J2400\393836\260123884.v1-7/7/20
ClarkHill\J2400\393836\261066858.v2-10/16/20

2. The parties continue to negotiate a component of sentencing which may have an impact on the parties' recommendations.
3. Defendant Mr. Nicholas Garrott, has appeared in this case, and is in custody and, along with the government, agrees to this short continuance.
4. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.
5. Federal Rule of Criminal Procedure 32(b)(2) permits this Court to continue a sentencing hearing for good cause.  Good cause exists in this case.
6. For all the above-stated reasons, the ends of justice would be best served by a short continuance of the sentencing hearing.
7. This is the third request for a continuance of the sentencing hearing.

| | |
|---|---|
| NICHOLAS TRUTANICH<br>UNITED STATES ATTORNEY<br>DISTRICT OF NEVADA | CLARK HILL PLC |
| DATED this 16th day of October, 2020. | DATED this 16th day of October, 2020. |
| /s/ Shaheen P. Torgoley<br>Shaheen P. Torgoley<br>Assistant United States Attorney<br>Attorneys for Plaintiff,<br>UNITED STATES OF AMERICA | /s/Paola M. Armeni<br>PAOLA M. ARMENI<br>Attorney for Defendant,<br>NICHOLAS GARROTT |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>NICHOLAS GARROTT,<br><br>   Defendant. | CASE NO. 2:18-cr-00252-JCM-VCF-2 |

**FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

**CONCLUSIONS OF LAW**

Based on the fact that counsel has agreed to a continuance, the Court hereby concludes that:

1. The parties need additional time to prepare for sentencing. Mr. Torgley has replaced the original-assigned AUSA and will be handling the sentencing.

2. The parties continue to negotiate a component of sentencing which may have an impact on the parties' recommendations.

3. Defendant Mr. Nicholas Garrott, has appeared in this case, and is in custody and, along with the government, agrees to this short continuance.

4. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

5. Federal Rule of Criminal Procedure 32(b)(2) permits this Court to continue a sentencing hearing for good cause. Good cause exists in this case.

6. For all the above-stated reasons, the ends of justice would be best served by a short continuance of the sentencing hearing.

ClarkHill\J2400\393836\260123884.v1-7/7/20
ClarkHill\J2400\393836\261066858.v2-10/16/20

7. This is the third request for a continuance of the sentencing hearing.

### ORDER

**IT IS HEREBY ORDERED** that the sentencing hearing in this matter scheduled for October 23, 2020, at the hour of 10:00 a.m. is hereby vacated and continued to the __18th__ day of ____December____, 2020, at the hour of __11:00__ __a__.m., in Courtroom 6A.

DATED October 16, 2020.

_____
JAMES C. MAHAN
**UNITED STATES DISTRICT COURT JUDGE**
**CASE NO.: 2:18-cr-00252-JCM-VCF-2**

ClarkHill\J2400\393836\260123884.v1-7/7/20
ClarkHill\J2400\393836\261066858.v2-10/16/20