UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:18-CR-252 JCM (VCF) |
|---|---|
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| NICHOLAS GARROTT, | |
| Defendant(s). | |

Presently before the court is defendant Nicholas Garrott's preemptive motion for leave to file his sentencing memorandum under seal. (ECF No. 140). The court cannot decide whether to seal the sentencing memorandum without first seeing it. Garrott should file his sentencing memorandum under seal with an accompanying motion for leave pursuant to LR IA 10-5. (*See, e.g.*, ECF Nos. 131, 132).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Garrott's motion to seal (ECF No. 140) be, and the same hereby is, DENIED without prejudice.

DATED June 18, 2021.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**