**CLARK HILL PLC**
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@clarkhill.com
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300
Attorney for Defendant, NICHOLAS GARROTT

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>NICHOLAS GARROTT,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 2:18-cr-00252-JCM-VCF-2<br><br>**STIPULATION AND ORDER TO CONTINUE THE REVOCATION HEARING**<br>**(First Request)** |

**IT IS HEREBY STIPULATED** by and between Nicholas Garrott, Defendant, by and through his counsel, Paola M. Armeni, Esq., of the law firm of Clark Hill PLC and the Plaintiff, United States of America, by and through Sue Fahami, Acting United States Attorney and Robert Knief, Assistant United States Attorney, that the Revocation Hearing in the above-captioned matter, currently scheduled for March 10, 2025, at the hour of 10:30 a.m., be vacated and continued to a date and time convenient to the Court but not earlier than April 14, 2025.

This Stipulation is entered into for the following reasons:

1. Nicholas Garrott's Preliminary Hearing, on his current state charges, is currently set for March 24, 2025, the parties agree that the Revocation Hearing would be more practical to be heard after the Preliminary Hearing as the resolution of Mr. Garrott's state case could directly impact the instant matter.

2. Counsel for Mr. Garrott is scheduled to be in trial in the matter of *United States v. Eduardo Lopez,* Case No. 2:23-cr-00055-CDS-DJA from March 24, 2025, through April 11, 2025.

3. Mr. Garrott is not in custody and agrees with the need for the continuance.

1     4. The parties agree to the continuance.

2     5. This is the first request for a continuance of the revocation hearing.

3     Dated this 25th of February 2025.

4     SUSAN FAHAMI                                    CLARK HILL PLC
       ACTING UNITED STATES ATTORNEY

6     /s/ Robert Knief                                      /s/Paola M. Armeni
       Robert Knief                                          PAOLA M. ARMENI
7     Assistant United States Attorney              Attorney for Defendant,
       Attorneys for Plaintiff,                              NICHOLAS GARROTT
8     UNITED STATES OF AMERICA

CLARKHILL\J2400\393836\281039441.v1-2/25/25

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>vs.<br><br>NICHOLAS GARROTT,<br><br>                              Defendant. | CASE NO. 2:18-cr-00252-JCM-VCF-2<br><br>ORDER |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for March 10, 2025, at the hour of 10.30 a.m., be vacated and continued to __April 16, 2025__ at the hour of __10:00 a.m.__ in Courtroom 6A.

**DATED** February 26, 2025.

_____
**UNITED STATES DISTRICT COURT JUDGE
CASE NO.:  2:18-cr-00252-JCM-VCF-2**