PAOLA M. ARMENI
Nevada Bar No. 8357
**CLARK HILL PLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300
Email: parmeni@clarkhill.com

Attorney for Defendant, NICHOLAS GARROTT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>vs.<br><br>NICHOLAS GARROTT,<br><br>                              Defendant. | CASE NO. 2:18-cr-00252-JCM-VCF-2<br><br>**STIPULATION AND ORDER TO CONTINUE THE REVOCATION HEARING**<br>**(Fifth Request)** |

**IT IS HEREBY STIPULATED** by and between Nicholas Garrott, Defendant, by and through his counsel, Paola M. Armeni, Esq., of the law firm of Clark Hill PLC and the Plaintiff, United States of America, by and through Sigal Chattah, Acting United States Attorney and Robert Knief, Assistant United States Attorney, that the Revocation Hearing in the above-captioned matter, currently scheduled for August 25, 2025, at the hour of 10:00 a.m., be vacated and continued to a date and time convenient to the Court but not earlier than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Nicholas Garrott has a trial currently scheduled for September 22, 2025, in his state criminal case.

2. The parties agree that it would be more practical and efficient for the Revocation Hearing to occur after a resolution of Mr. Garrott's state case as that could directly impact the instant matter.

3. Mr. Garrott is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

CLARKHILL\J2400\393836\283144177.v1-8/8/25

1  5. This is the Fifth request for a continuance of the revocation hearing.

2  Dated this 8th day of August, 2025.

3  SIGAL CHATTAH                                    CLARK HILL PLC
   ACTING UNITED STATES ATTORNEY
4

5  /s/ Robert Knief                                 /s/Paola M. Armeni
   Robert Knief                                     PAOLA M. ARMENI
6  Assistant United States Attorney                 Attorney for Defendant,
   Attorneys for Plaintiff,                         NICHOLAS GARROTT
7  UNITED STATES OF AMERICA

CLARKHILL\J2400\393836\283144177.v1-8/8/25

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>NICHOLAS GARROTT,<br><br>                      Defendant. | CASE NO. 2:18-cr-00252-JCM-VCF-2<br><br>**ORDER TO CONTINUE REVOCATION HEARING** |

**IT IS THEREFORE ORDERED** that the revocation hearing currently scheduled for August 25, 2025, at the hour of 10.00 a.m., be vacated and continued to **October 27, 2025**, at the hour of **10:00 a.m. in Courtroom 6A.**

      DATED August 8, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE
CASE NO.:  2:18-cr-00252-JCM-VCF-2

CLARKHILL\J2400\393836\283144177.v1-8/8/25