1  PAOLA M. ARMENI
   Nevada Bar No. 8357
2  **CLARK HILL PLC**
   1700 S. Pavilion Center Drive, Suite 500
3  Las Vegas, Nevada 89135
   Telephone: (702) 862-8300
4  Email: parmeni@clarkhill.com

5  Attorney for Defendant, NICHOLAS GARROTT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-cr-00252-JCM-VCF-2 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE REVOCATION HEARING** |
| vs. | **(Sixth Request)** |
| NICHOLAS GARROTT, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Nicholas Garrott, Defendant, by and through his counsel, Paola M. Armeni, Esq., of the law firm of Clark Hill PLC and the Plaintiff, United States of America, by and through Sue Fahami, Executive Assistant United States Attorney, and Robert Knief, Assistant United States Attorney, that the Revocation Hearing in the above-captioned matter, currently scheduled for October 27, 2025, at the hour of 10:00 a.m., be vacated and continued to a date and time convenient to the Court but not earlier than January 5, 2026.

This Stipulation is entered into for the following reasons:

1. Nicholas Garrott's trial in his state criminal case, previously scheduled for September 22, 2025, has been continued to December 1, 2025.

2. The parties agree that it would be more practical and efficient for the Revocation Hearing to occur after a resolution of Mr. Garrott's state case as that could directly impact the instant matter.

3. Mr. Garrott is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

CLARKHILL\J2400\393836\284161105.v1-10/17/25

1  5. This is the Sixth request for a continuance of the revocation hearing.

2  Dated this 21st day of October, 2025.

| | |
|---|---|
| SUE FAHAMI<br>EXECUTIVE ASSISTANT UNITED<br>STATES ATTORNEY | CLARK HILL PLC |
| /s/ Robert Knief<br>Robert Knief<br>Assistant United States Attorney<br>Attorneys for Plaintiff,<br>UNITED STATES OF AMERICA | /s/Paola M. Armeni<br>PAOLA M. ARMENI<br>Attorney for Defendant,<br>NICHOLAS GARROTT |

CLARKHILL\J2400\393836\284161105.v1-10/17/25

|   |   |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  NICHOLAS GARROTT,  Defendant. | CASE NO. 2:18-cr-00252-JCM-VCF-2  **ORDER TO CONTINUE REVOCATION HEARING** |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

   **IT IS THEREFORE ORDERED** that the revocation hearing currently scheduled for October 27, 2025, at the hour of 10.00 a.m., be vacated and continued to **January 7, 2026,** at the hour of **10:00 a.m. in Courtroom 6A.**

   DATED October 22, 2025.

_____
**UNITED STATES DISTRICT COURT JUDGE
CASE NO.: 2:18-cr-00252-JCM-VCF-2**

CLARKHILL\J2400\393836\284161105.v1-10/17/25