**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>vs.<br><br>NICHOLAS GARROTT,<br><br>                   Defendant. | CASE NO. 2:18-cr-00252-APG-VCF-2<br><br>**ORDER TO CONTINUE REVOCATION HEARING** |

     **IT IS THEREFORE ORDERED** that the revocation hearing currently scheduled for January 16, 2026, at the hour of 9.00 a.m., be vacated and continued to July 15, 2026, at the hour of 9:00 a.m. in Courtroom 6C.

_____
**CHIEF UNITED STATES DISTRICT COURT JUDGE  CASE NO.: 2:18-cr-00252-APG-VCF-2**

CLARKHILL\J2400\393836\285718728.v1-1/8/26